UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **5:02-CR-13(1)** |
| | § | |
| **DERRIAN CARON FOSTER** | § | |

### MEMORANDUM ORDER

The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections have been filed to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant's plea of true to the allegations as set forth in the Government's petition is **ACCEPTED**. Further, it is

**ORDERED** that Defendant's supervised release is **REVOKED**. Based upon Defendant's plea of true to the allegations and with no objection by Defendant or the Government, the Court finds Defendant did violate his conditions of supervised release as alleged in the U.S. Probation Office's petition. Further, it is

**ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months to run consecutive to any sentence received in Bowie County, Texas, as the result of the theft charge, with no supervised release to follow the term of imprisonment. Further, it is

**REQUESTED** that Defendant be allowed to serve his sentence at a facility closest to Bowie County, Texas.

**SIGNED this 23rd day of April, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE